IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| CLARENCE CLARK, | : | |
| Petitioner, | : | |
| v. | : | NO. 5:97-cr-74 (CAR) |
| UNITED STATES OF AMERICA, | : | |
| | : | Proceedings under 28 U.S.C. § 2255 |
| Respondent. | : | Before the U.S. Magistrate Judge |
| _____ | : | |

## RECOMMENDATION

Before the Court is Petitioner Clarence Clark's Motion to Adopt Co-Defendant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255. Doc. 488. In the motion, Petitioner seeks to vacate his sentence and incorporate the legal arguments made in his co-defendant's recently filed 2255 motion. After reviewing Petitioner's motion pursuant to Rule 4 of the RULES GOVERNING SECTION 2255 PROCEEDINGS, it appears that Petitioner's motion must be dismissed as successive.

According to the record, Petitioner has previously filed an unsuccessful Section 2255 motion. Doc. 331. As such, the instant motion would be a second or successive Section 2255 motion. In accordance with 28 U.S.C. § 2255(h), this Court's consideration of the instant motion is precluded absent prior authorization by the Eleventh Circuit. As there is nothing in the record to indicate that any such authorization has been given, it is **RECOMMENDED** that the motion be **DISMISSED**.

Pursuant to 28 U.S.C. § 636(b)(1), the parties may serve and file written objections to this **RECOMMENDATION** with the district judge to whom this case is assigned **WITHIN FOURTEEN (14) DAYS** after being served with a copy thereof.

**SO RECOMMENDED**, this 13th day of August, 2013.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge